# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　Plaintiff,<br>vs.<br>ROGER DEAN FISHER<br>　　　　Defendant. | Case No. CR-18-65-GF-BM<br>**ORDER** |

The Defendant filed a Motion to the Court to allow Defense to call witnesses through videography. The Government does not object. Therefore:

IT IS HEREBY ORDERED that Defense Counsel may call defense witnesses through the "zoom platform" from the Wolf Point Hospital at the Trial presently set for January 14, 2019. Defense Counsel will coordinate this with the Clerk of Court's office.

DATED this 31st day of December, 2018

_____
Brian Morris
United States District Court Judge