UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR-18-65 -GF-BMM |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| ROGER DEAN FISHER, | |
| Defendant. | |

IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

DATED 14th day of January, 2019.

Brian Morris
United States District Court Judge