# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ROGER DEAN FISHER, <br><br> Defendant. | CR 18-65-GF-BMM <br><br> **JUDGMENT OF ACQUITTAL** |

This case having been tried to a jury, and in accordance with the verdict of the jury reached on January 15, 2019, **IT IS ORDERED** that the Defendant is **ACQUITTED** of all charges in the Indictment.

DATED this 16th day of January, 2019.

_____
Brian Morris
United States District Court Judge